# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:

**ANDREW M. DUNCAN**

**DEBTOR(S)**

CASE NO. 10-22065

**CHAPTER 7**
**Judge Tracey N. Wise**

## CERTIFICATE OF SERVICE
## REGARDING PAYMENT ADVICES

I hereby certify that on this 23rd day of September, 2010, I have provided copies of all available income information for the Debtor, for the 60-day period prior to the date of filing of his Petition, to the Debtor's Trustee in Bankruptcy, Lori A. Schlarman, and to the United States Trustee. I provided said documents to both Ms. Schlarman and to the United States Trustee by e-mail.

Date:   September 23, 2010

                                                  /s/Michael L. Baker
                                                  Michael L. Baker (02708)
                                                  *Attorney for Debtor*