**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

**ANDREW M. DUNCAN**

**DEBTOR(S)**

**CASE NO. 10-22065**

**CHAPTER 7**
**Judge Tracey N. Wise**

**DEBTOR'S CERTIFICATION OF**
**COMPLETION OF INSTRUCTIONAL COURSE**
**CONCERNING PERSONAL FINANCIAL MANAGEMENT**

COMES NOW, Andrew M. Duncan, the Debtor in the above-styled case, by and through counsel, and hereby certifies that on October 3, 2010, he completed an instructional course in personal financial management provided by Advantage Debt Management of America, an approved personal financial management instruction provider. The provider furnished a Certificate attesting to the completion of the personal financial management instructional course, and a copy of that document is attached hereto.

Respectfully submitted,

/s/Michael L. Baker
Michael L. Baker (02708)
ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
(859) 426-1300
Facsimile: (859) 426-0222
mbaker@zslaw.com
*Attorney for Debtor*

CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 11th day of October, 2010, a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

Andrew M. Duncan
1763 Tali Trl
Lawrenceburg, IN 47025-9221

/s/Michael L. Baker
Michael L. Baker

Certificate Number: 04198-KYE-DE-012552250

Bankruptcy Case Number: 10-22065



04198-KYE-DE-012552250

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 3, 2010</u>, at <u>8:56</u> o'clock <u>PM CDT</u>, <u>Andrew M. Duncan</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Debt Management of America</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Kentucky</u>.

Date:   October 4, 2010              By:     /s/Bradley M. Wood

                                     Name:   Bradley M. Wood

                                     Title:  Counselor