**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

                                      **CASE NO. 10-22065**

**ANDREW M. DUNCAN**

                                       **CHAPTER 7**

**DEBTOR(S)**                                  **Judge Tracey N. Wise**

---

## MOTION TO REDEEM

---

COMES NOW, the Debtor, Andrew M. Duncan, by and through counsel, and moves to redeem from Citifinancial a 1997 Chevrolet Tahoe, which has in excess of 135,000 miles and is in need of tires and other mechanical repairs.   The Debtor values the vehicle at $1,500.00.   The debt is a dischargeable debt.   The Debtor seeks to redeem the aforesaid vehicles for the sum of $1,500.00, pursuant to 11 U.S.C. § 722.

WHEREFORE, the Debtor prays that the Court enter an order approving the redemption by the Debtor in favor of Citifinancial for the sum of $1,500.00 who shall be required to release its lien on the 1997 Chevrolet Tahoe, bearing VIN:   1GNEK13R0VJ325577.   Please see attached Certificate of Title.

                                   Respectfully submitted,

                                        /s/Michael L. Baker

                                        Michael L. Baker (02708)
                                        ZIEGLER & SCHNEIDER, P.S.C.
                                        541 Buttermilk Pike, Suite 500
                                        P.O. Box 175710
                                        Covington, KY 41017-5710
                                        (859) 426-1300
                                        Facsimile:   (859) 426-0222
                                        mbaker@zslaw.com
                                        *Attorney for Debtor*

## NOTICE

Please take notice that unless written objection is filed within 14 days from the date of this notice, the Court may enter an order granting the relief requested without further hearing.   Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588.   Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 306, Covington, Kentucky.   A copy of the objection shall be served upon the attorney for the Debtor, the Trustee and the United States Trustee at the addresses listed herein.


## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 18th day of October, 2010, a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY   40507

Lori A. Schlarman
P.O. Box 387
Hebron, KY   41048
*Trustee in Bankruptcy*

Andrew M. Duncan
1763 Tali Trl
Lawrenceburg, IN   47025-9221

Citifinancial
8167 Mall Rd
Florence, KY   41042


　　　　　　　　　　　　　　　　　　　/s/Michael L. Baker
　　　　　　　　　　　　　　　　　　　Michael L. Baker

# COMMONWEALTH OF KENTUCKY
## TRANSPORTATION CABINET
### CERTIFICATE OF TITLE

| TITLE NO. | | YEAR | MAKE | MODEL NAME | VIN/HIN | | TITLE TYPE | MODEL NO. |
|---|---|---|---|---|---|---|---|---|
| 072640590096 | | 97 | CHEV | TAHOE | 1GNEK13R0VJ325577 | | TRANSFER | CK10706 |

| BODY TYPE | COLOR | NO. CYL | ODOMETER | MOTOR NO. | WEIGHT | | PREV. TITLE NO./STATE |
|---|---|---|---|---|---|---|---|
| PK | BLU | 08 | 105937 | | 6 | | 071910080189 KY |

| KY NO. | BOAT TYPE | LENGTH | BEAM | CAPACITY | HULL MATERIAL | PROPULSION |
|---|---|---|---|---|---|---|
| | | | | | | |

OWNER(S) NAME

T10

**DUNCAN, ANDREW**
**421 PALACE AVE**
**ELSMERE KY 41018-2134**

DATE OF ISSUE **10/09/07**   FUEL

USAGE TAX PAID **0.00**

REMARKS

BRAND(S)

FIRST LIENHOLDER

CitiFinancial
8167 Mall Rd.
Florence KY 41042

| | FIRST LIEN | | | SECOND LIEN | |
|---|---|---|---|---|---|
| Notation No. 514964 | County Kent | | Notation No. 520853 | County Kenton | |
| Filing Date 2-6-08 | | | Filing Date 12-4-08 | | |
| Released By: Bellinda | County Clerk's use Only 9/11/08 Date | | Released By: County Clerk's use Only | Date | |

SECOND LIENHOLDER

CitiFinancial
8167 Mall Rd.
Florence, Ky. 41042

I certify that the Department of Vehicle Regulation has exercised due diligence in examining an application for a certificate of title for the above-described vehicle and to the best of our knowledge and belief the applicant, whose name appears above is the lawful owner of the apparently legitimate vehicle described herein.

_Roy W. Mundy II_ (STATE SEAL)

Commissioner, Department of Vehicle Regulation

CONTROL NO. **C11669753**

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN FINES AND/OR IMPRISONMENT.
**************************************************
### FIRST DEALER ASSIGNMENT
The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

**D E A L E R O N L Y**

#### ****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****
Odometer Reading _____ (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY**

Transferor(s) Signature(s) _____ (Seller) To be notarized    Transferee(s) Signature(s) _____ (Owner)
Transferor(s) Printed Name(s) _____ (Seller)    Transferee(s) Printed Name(s) _____ (Owner)
Date of Transfer _____ Seller Dealer No. _____ Purchasing Dealer No. _____
Attesting Official _____ Title _____
Subscribed and sworn before me this _____ day of _____ 20___ My commission expires _____ NOTARY PUBLIC

### SECOND DEALER ASSIGNMENT
The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee):

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

#### ****CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****
Odometer Reading _____ (no tenths)
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY**

Transferor(s) Signature(s) _____ (Seller) To be notarized    Transferee(s) Signature(s) _____ (Owner)
Transferor(s) Printed Name(s) _____ (Seller)    Transferee(s) Printed Name(s) _____ (Owner)
Date of Transfer _____ Seller Dealer No. _____ Purchasing Dealer No. _____
Attesting Official _____ Title _____
Subscribed and sworn before me this _____ day of _____ 20___ My commission expires _____ NOTARY PUBLIC

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS, OR MUTILATIONS. MUST BE COMPLETED IN BLUE OR BLACK INK. FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN FINES AND/OR IMPRISONMENT.

### DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS, OR MUTILATIONS