## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

IN RE:

ANDREW M. DUNCAN

DEBTOR(S)

CASE NO. 10-22065

CHAPTER 7

Judge Tracey N. Wise

## ORDER ALLOWING REDEMPTION

The Debtor, Andrew M. Duncan, by and through counsel, has moved the Court for an order seeking redemption of a 1997 Chevrolet Tahoe, bearing VIN: 1GNEK13R0VJ325577, for the sum of $1,500.00, pursuant to 11 U.S.C. § 722. The Debtor has filed the Motion and timely noticed and served all necessary parties. No objection has been filed to the proposed redemption, and the Court otherwise being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED, that the Motion be and hereby is sustained. The Debtor shall have 30 days from the date of this Order to pay to Citifinancial the sum of $1,500.00, upon which, Citifinancial shall release its lien on the 1997 Chevrolet Tahoe, bearing VIN: 1GNEK13R0VJ325577. The lien of Citifinancial appears in the Kenton County Clerk's Office, bearing Notation No. 520853.

Pursuant to Local Rule 9022-1(c), Michael L. Baker shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the Order upon such parties within 14 days hereof, including the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY   40507

Lori A. Schlarman
P.O. Box 387
Hebron, KY   41048
*Trustee in Bankruptcy*

Andrew M. Duncan
1763 Tali Trl
Lawrenceburg, IN   47025-9221

Citifinancial
8167 Mall Rd
Florence, KY   41042