**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE:**

                            **CASE NO. 10-22065**

**ANDREW M. DUNCAN**

                            **CHAPTER 7**
**DEBTOR(S)**                           **Judge Tracey N. Wise**

**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that on this 9th day of November, 2010, I served a copy of the Order

Allowing Redemption, by regular U.S. mail, postage prepaid, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY   40507

Lori A. Schlarman
P.O. Box 387
Hebron, KY   41048
*Trustee in Bankruptcy*

Andrew M. Duncan
1763 Tali Trl
Lawrenceburg, IN   47025-9221

Citifinancial
8167 Mall Rd
Florence, KY   41042


Date:   November 9, 2010

                                       /s/Michael L.  Baker
                                   Michael L. Baker (02708)
                                   *Attorney for Debtor*